# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**KEYNON JOHNSON and**
**XAVIEN JOHNSON**                                          **PLAINTIFFS**

V.                                              CIVIL ACTION NO.: 4:18cv086-M-V

**LIFE HELP MENTAL HEALTH**                                 **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated July 6, 2018, was on that date duly filed; that the plaintiffs were notified; that more than fourteen days have elapsed since notice of said R&R; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated July 6, 2018, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiffs' motion [2] for leave to proceed *in forma pauperis* is DENIED, and this case is dismissed and CLOSED for lack of subject-matter jurisdiction.

This, the 25th day of July, 2018.

                                              **/s/ MICHAEL P. MILLS**
                                              **UNITED STATES DISTRICT JUDGE NORTHERN**
                                              **DISTRICT OF MISSISSIPPI**